# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MELVIN LEWIS**  **PLAINTIFF**
**ADC #148220**

V.    NO. 4:21-cv-00519-BRW-ERE

**JUSTIN WHIPPS, *et al*.**   **DEFENDANTS**

## ORDER

Plaintiff Melvin Lewis has filed two motions in this § 1983 prisoner case: (1) a motion to reconsider the Court's previous Order denying his motion to compel (*Doc. 45*); and (2) another motion to compel (*Doc. 47*). Defendants have responded to both motions (*Docs. 48, 49*). For the reasons explained below, both motions are denied.

1.   **Motion to Reconsider:**

In this motion, Mr. Lewis alleges that Defendants failed to adequately respond to his discovery requests. Specifically, he states that Defendants have failed to provide him: (1) camera footage of the underlying incident; (2) employee disciplinary records; and (3) his medical records.

In their response, Defendants explain that: (1) they have preserved the video footage at issue; (2) by March 4, 2022, Mr. Lewis will be provided the opportunity to view the video footage and his medical records; and (3) security concerns prevent

inmates from accessing employee disciplinary records. Defendants' response is adequate. Legitimate security concerns also prevent prisoners such as Mr. Lewis from possessing copies of their prison medical records or video footage. Mr. Lewis must take advantage of the opportunity provided by Defendants to inspect and review these items, and he may take notes during his review.

2. **Motion to Compel:**

In his motion to compel, Mr. Lewis requests a Court order compelling Defendants to provide additional information in response to his discovery requests. See *Doc. 47 at pp. 3-18* (written discovery directed to Defendants Keontis Walker, Dexter Payne, Charles Crofford, and Frederick Adams). Defendants respond that they "standby" and reaffirm their discovery responses. *Doc. 49*.

Because Defendants properly objected to the disputed discovery requests and provided adequate responses, the Court declines to order any discovery-related relief.[1]

IT IS THEREFORE ORDERED THAT:

1. Mr. Lewis' motion for reconsideration (*Doc. 45*) is DENIED.

---

[1] In addition, the Court cautions Mr. Lewis that, in the future, before filing a motion to compel discovery, he must first make a good-faith effort to attempt to resolve the discovery dispute with the opposing party or counsel. See Local Rule 7.2(g).

2. Mr. Lewis' motion to compel (*Doc. 47*) is DENIED.

DATED this 25th day of February, 2022.

_____
UNITED STATES MAGISTATE JUDGE