IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MELVIN LEWIS, ADC #148220**                                                               **PLAINTIFF**

V.                              NO. 4:21-cv-00519-BRW-ERE

**JUSTIN WHIPPS**                                                                            **DEFENDANT**

### ORDER

Plaintiff's motion for a status report (Doc. No. 90) is granted, to the extent set out below:

- On August 2, 2024, this case was dismissed.[1]

- Judgement was entered on August 13, 2024, and an appellate filing fee notice was sent to Plaintiff's lawyer.[2]

- Plaintiff, *pro se*, sought relief from judgment, which was denied because he was represented by counsel.[3]

- On August 20, 2024, Plaintiff's lawyer sought to be relieved as counsel and the request was granted on September 9, 2024.[4]

- On September 19, 2024, Plaintiff, pro se, filed a notice of appeal and he was sent an appellate filing fee notice.

The case is on appeal, so all future motions should be filed with the Court of Appeals for the Eighth Circuit.

IT IS SO ORDERED this 13th day of September, 2024

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 81 ("Because the only remaining defendant is deceased, as set out in the April 29, 2024 suggestion of death, Defendant's Motion to Dismiss is GRANTED. This case is CLOSED.").

[2] Doc. Nos. 82, 83.

[3] Doc. Nos. 84, 85.

[4] Doc. Nos. 86, 87. In the motion to withdraw as counsel Plaintiff's lawyer noted that it was his "assessment that no other party could be added to replace Mr. Whipps . . . [because he] did not have an open estate case."